```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 24206
   ZEJNA SAKANOVIC
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY

             Debtor
   SSN XXX-XX-8709


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 12/24/2007 and was not confirmed.

    The case was dismissed without confirmation 04/03/2008.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
CITI RESIDENTIAL LENDING  CURRENT MORTG            .00         .00           .00
CITI RESIDENTIAL LENDING  MORTGAGE ARRE       45955.00         .00           .00
CITI RESIDENTIAL LENDING  NOTICE ONLY        NOT FILED         .00           .00
AMC MORTGAGE SERVICES     NOTICE ONLY        NOT FILED         .00           .00
CAPITAL ONE               UNSECURED             962.96         .00           .00
ASSET ACCEPTANCE CORP     UNSECURED            4965.65         .00           .00
JOSEPH WROBEL             DEBTOR ATTY             .00                        .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00


       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                      --------------      --------------
TOTALS                     .00                    .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 07/24/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```